# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Franko Ramon Paz Elvir,

    Petitioner

v.

Knight, et al.,

    Respondents

Case No.: 2:26-cv-01261-JAD-EJY

**Order Dismissing and Closing Case**

[ECF No. 18]

Petitioner Franko Ramon Paz Elvir filed a pro se petition for a writ of habeas corpus in April 2026.  I appointed him counsel and ordered Elvir to file a counseled amended petition by May 29, 2026.[1]  Before that deadline passed, the government filed a status report stating, without evidence, that Elvir had been removed to Honduras on May 8, 2026.[2]  On June 5th, the government submitted evidence showing that the removal had indeed occurred.[3]  On June 10th, Elvir's counsel filed a status report confirming that Elvir was removed and acknowledging that this case is now moot.[4]  It is thus ordered that **this case is DISMISSED as moot**.  **The Clerk of Court is directed to CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
June 12, 2026

---

[1] ECF Nos. 3, 10.

[2] ECF No. 14.

[3] ECF No. 17.

[4] ECF No. 18.